**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA, TO THE USE OF A&S BUILDING SYSTEMS, L.P.** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 06-251-ML** |
| **v.** | ) | |
| **LUMUS CONSTRUCTION, INC., INTERNATIONAL FIDELITY INSURANCE COMPANY, and ATLAS STEEL STRUCTURES, LLC,** | ) | |
| **Defendants.** | | |

**PLAINTIFF/COUNTERCLAIM DEFENDANT A&S BUILDING SYSTEMS, L.P.'S REPLY TO DEFENDANT/COUNTERCLAIM PLAINTIFF <u>LUMUS CONSTRUCTION, INC.'S COUNTERCLAIM</u>**

Plaintiff/Counterclaim Defendant A&S Building Systems, L.P. ("A&S") responds to the Counterclaim of Defendant/Counterclaim Plaintiff Lumus Construction, Inc., ("Lumus"), paragraph by paragraph, as follows:

1. A&S is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of Lumus's Counterclaim and calls upon Lumus to prove the same.

2. A&S admits the allegations contained in Paragraph 2 of Lumus's Counterclaim.

3. A&S is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 of Lumus's Counterclaim and calls upon Lumus to prove the same.

4. A&S is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 of Lumus's Counterclaim and calls upon Lumus to prove the same.

5. A&S is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5 Lumus's Counterclaim and calls upon Lumus to prove the same.

6. A&S is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6 of Lumus's Counterclaim and calls upon Lumus to prove the same.

7. A&S admits the allegations contained in Paragraph 7 of Lumus's Counterclaim.

8. A&S denies the allegations contained in Paragraph 8 of Lumus's Counterclaim and calls upon Lumus to prove the same.

9. A&S denies the allegations contained in Paragraph 9 of Lumus's Counterclaim and calls upon Lumus to prove the same.

10. A&S is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10 of Lumus's Counterclaim and calls upon Lumus to prove the same.

11. A&S denies that there exist any deficiencies in the materials it may have delivered. A&S is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 11 of Lumus's Counterclaim and calls upon Lumus to prove the same.

12. A&S denies the allegations contained in Paragraph 12 of Lumus's Counterclaim and calls upon Lumus to prove the same.

**FIRST AFFIRMATIVE DEFENSE**

Lumus has failed to mitigate its damages.

**SECOND AFFIRMATIVE DEFENSE**

Lumus's claims against A&S are barred in whole or in part by the doctrine of estoppel.

**THIRD AFFIRMATIVE DEFENSE**

A&S's actions were not the proximate cause of the alleged damages, if any, sustained by Lumus.

**FOURTH AFFIRMATIVE DEFENSE**

Lumus's claims against A&S are barred in whole or in part by the doctrine of unclean hands.

**FIFTH AFFIRMATIVE DEFENSE**

A&S alleges that any damage suffered by Lumus as alleged in its Complaint was the result of acts and omissions of Lumus and not the result of acts or omissions of A&S.

**SIXTH AFFIRMATIVE DEFENSE**

Lumus, by its actions and/or omissions, breached the contract it alleges to have existed, and therefore, Lumus is not entitled to any relief under that alleged contract or agreement.

**SEVENTH AFFIRMATIVE DEFENSE**

Lumus has failed to name a party necessary for the full and adequate relief essential in this action.

**EIGHTH AFFIRMATIVE DEFENSE**

Lumus has no statutory, contractual, or other right to recoup attorneys' fees in bringing this action.

**NINTH AFFIRMATIVE DEFENSE**

Lumus has no statutory, contractual, or other right to recoup costs in bringing this action.

**TENTH AFFIRMATIVE DEFENSE**

A&S denies that it breached any contract.

**ELEVENTH AFFIRMATIVE DEFENSE**

Lumus's conduct has been inequitable.

**TWELFTH AFFIRMATIVE DEFENSE**

By way of affirmative defense, A&S states that the damages alleged in Lumus's Complaint were caused by circumstances beyond the control of A&S.

**THIRTEENTH AFFIRMATIVE DEFENSE**

By way of affirmative defense, A&S states that if Lumus suffered injuries or damage, as alleged, such injuries or damage were caused by someone for whose conduct A&S was not and is not legally responsible.

Defendant/Counterclaim Plaintiff,
A&S Building Systems, L.P.,
By Its Attorneys,

(for BL)

Brian LaPlante, Esq./#5861
Christopher D. DiSano, Esq./#6788
Philip J. Laffey, Esq./#7292
LaPlante & Sowa, Ltd.
67 Cedar Street, Suite 102
Providence, RI 02903
TEL: 401-273-0200
FAX: 401-273-0250

**CERTIFICATION**

Roger N. LeBoeuf, Esquire
Heald & LeBoeuf, Ltd.
606 Old Colony House
58 Weybosset Street
Providence, RI 02903

I hereby certify that on this 26th day of July 2006, I caused a true and accurate copy of the within document to be sent via first class mail, postage prepaid, to the above-referenced attorney.

Kelly Dawlin