Brian LaPlante**
Jeffrey D. Sowa*

Christopher D. DiSano***
Marlene B. Samra**
Philip J. Laffey**

LAPLANTE & SOWA, LTD.
ATTORNEYS AT LAW

**Admitted in Rhode Island & Massachusetts
*Admitted In Rhode Island
*Admitted In Nevada

August 4, 2006

**VIA ELECTRONIC FILING**

United States District Court
District of Rhode Island
One Exchange Terrace
Federal Building and Courthouse
Providence, RI 02903

**RE: United States of America, to the Use of A&S Building Systems, L.P. v. Lumus Construction, Inc., et al.**
**C.A. No. 06-251-ML**

To Whom It May Concern:

Enclosed please find an Affidavit of Service with respect to the service of the Summons and Complaint upon Defendant Lumus Construction, Inc. in the above-referenced matter.

Thank you for your attention to this matter.

Very truly yours,

Brian LaPlante

BL/kg
Enclosure

67 Cedar Street, Suite 102, Providence, RI 02903 ❖ 120 North Main Street, Attleboro, MA 02703
Tel: (401) 273-0200 Fax: (401) 273-0250
www.laplantesowa.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA, TO THE USE OF A&S BUILDING SYSTEMS, L.P.** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **LUMUS CONSTRUCTION, INC., INTERNATIONAL FIDELITY INSURANCE COMPANY, and ATLAS STEEL STRUCTURES, LLC,** <br><br> **Defendants.** | ) | **Civil Action No. 06-251** |

**AFFIDAVIT OF SERVICE**

Brian LaPlante, being first duly sworn, hereby deposes and states as follows:

1. I, Brian LaPlante, am the attorney for Plaintiff United States of America, to the Use of A&S Building Systems, L.P. ("Plaintiff"), and make this Affidavit in support of my service of the Summons and Complaint in this matter.

2. On June 15, 2006, pursuant to Federal Court Rule of Civil Procedure 4, I sent by Certified Mail, Return Receipt Requested, a Summons, in the form attached hereto as **Exhibit A**, and the Complaint in this action to Lumus Construction, Inc. at 56 Cummings Park, Woburn, Massachusetts 01801.

3. A copy of the post office receipt is attached hereto as **Exhibit B** reflecting delivery of the Summons and Complaint on June 19, 2006.

4. Based upon the aforesaid, Plaintiff has complied with the requirements of Federal Court Rule of Civil Procedure 4.

Brian LaPlante, Esq.

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

In Providence on this 4th day of August 2006, before me personally appeared Brian LaPlante, to me known and known by me to be the party executing the foregoing instrument and he acknowledged said instrument by him executed to be his free act and deed.

Kelly Gaulin
Notary Public
My Commission Expires:

KELLY GAULIN
Notary Public, State of Rhode Island
My Commission Expires Oct. 22, 2007

# EXHIBIT A

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

United States of America, to the Use of A&S Building Systems, L.P.

V.

Lumus Construction, Inc., International Fidelity Insurance Company, and Atlas Steel Structures, LLC

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-251

TO: (Name and address of Defendant)

Lumus Construction, Inc.
56 Cummings Park
Woburn, MA 01801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brian LaPlante, Esquire
LaPlante & Sowa, Ltd.
67 Cedar St., Ste. 102
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J Duke
**Chief Deputy Clerk**

CLERK

6-15-06
DATE

(By) DEPUTY CLERK

# EXHIBIT B

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lumus Construction, Inc.
56 Cummings Park
Woburn, MA 01801

2. Article Number (*Transfer from service label*) 7006 0100 0001 2941 8047

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature ☐ Agent ☐ Addressee

X [signature]

B. Received by (*Printed Name*) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

WOBURN JUN 19 2006 USPS

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ .63 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $4.88 |

PROVIDENCE ANNEX STA JUN 15 2006 02903 Postmark Here

7006 0100 0001 2941 8047

Sent To Lumus Construction
Street, Apt. No.; or PO Box No. 56 Cummings Park
City, State, ZIP+4 Woburn, MA 01801

PS Form 3800, June 2002 See Reverse for Instructions

UNITED STATES POSTAL SERVICE

MIDDLESEX-ESSEX MA 018 19 JUN 2006 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Brian LaPlante, Esq.
LaPlante & Sowa, Ltd.
67 Cedar St., Ste. 102
Providence, RI 02903