Form 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUL 27 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA TO THE USE
OF A&S BUILDING SYSTEMS, L.P.
Plaintiff(s)

v.
LUMUS CONSTRUCTION, INC, INTERNATIONAL
FIDELITY INSURANCE COMPANY and
ATLAS STEEL STRUCTURES, LLC
Defendant(s)

Dkt. No. 06-251ML

**MOTION FOR ADMISSION PRO HAC VICE**

~~Plaintiff~~/Defendant Lumus Construction, Inc. and International Fidelity Insurance Company hereby moves that Lewis R. Lear be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

(~~Plaintiff~~/Defendant)

By: Roger N. LeBoeuf, Heald & LeBoeuf, LL
Bar ID No.: 5208
Address: 58 Weybosset St., Ste. 606, Providence, RI 02903

DATED: 7/27/06

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Massachusetts and New York and of the following Federal District Court and/or Court of Appeals Bar(s) D. Mass, E.D.N.Y, ~~S.D.N.Y., 1st Cir. and Fed.~~ Cir., and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. ( If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided). Except for C.A. No. 05-158ML, Lumus Construction, Inc. v. Atlas Steel Structures, LLC (Lisi, J.)

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Lewis R. Lear

Signature of *Pro Hac Vice* Applicant

Lewis R. Lear

Print Name State Bar ID #

City, Hayes & Dissette, P.C.

Firm Name

50 Congress Street

Business Address

Boston, MA 02109

617-523-3050 617-523-5612

Tel. # Fax #

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Roger N. LeBoeuf 5208

Print Name R.I. Bar ID #

Heald & LeBoeuf, Ltd.

Firm and Business Address

58 Weybosset Street, Ste. 606

Providence, RI 02903

Tel. # Fax #

401-421-1500 401-331-5886

---

**ORDER**

This motion is hereby Granted

Mary M. Lisi

District Judge

Date: August 15, 2006