IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, TO THE USE OF A&S BUILDING SYSTEMS, L.P., | ) | |
| Plaintiff, | ) | Civil Action No. 06-251-ML |
| v. | ) | |
| LUMUS CONSTRUCTION, INC., INTERNATIONAL FIDELITY INSURANCE COMPANY, and ATLAS STEEL STRUCTURES, LLC, | ) | |
| Defendants. | ) | |

**F.R.C.P. 16 STATEMENT OF DEFENDANTS LUMUS CONSTRUCTION, INC. AND INTERNATIONAL FIDELITY INSURANCE COMPANY**

Discussion of Facts

Defendant and plaintiff-in-counterclaim Lumus Construction, Inc. ("Lumus") is a Massachusetts corporation engaged in the business of general contracting. Plaintiff and defendant-in-counterclaim A&S Building Systems, L.P. ("A&S"), upon information and belief, is a Texas limited partnership engaged in the business of designing, fabricating and supplying steel buildings. Defendant International Fidelity Insurance Company is a New Jersey corporation in the suretyship business and furnished Lumus with a labor and materials payment bond and a performance bond for the construction project which is at issue in this litigation. Defendant Atlas Steel Structures, LLC ("Atlas") is a Georgia limited liability company and was engaged in the business of supply and erection of modular steel buildings. Upon information and belief, Atlas is no longer conducting any business and is moribund as a company.

In or about July 2003, Lumus was awarded by the United States Navy (the "Navy") Contract No. N62472-02-D-0046/0010 for the design and construction of a metal enclosed

addition to the northwest end of Building 1246 located on the Naval Underwater Warfare Center in Newport, RI ("Building 1246"). In or about September 2003, Lumus was awarded by the Navy Contract No. N62472-02-D-0046/0013 for the design and construction of a metal enclosed "High Bay" addition to Building 119 on the Naval Undersea Warfare Center ("Building 119"). Subsequently, Lumus subcontracted the design, fabrication, supply and installation of Buildings 1246 and 119 to Atlas. Thereafter, Atlas entered into a contract with A&S for the design, fabrication and supply of Buildings 1246 and 119. A&S warranted its work against the defects in design and fabrication. As part of its work, A&S designed and fabricated a three-sided 22'x32' metal addition ("radius corner panels") in order to match the existing structure to which it would be attached at Building 1246. The radius corner panels were then delivered to the project site and installed by Atlas.

A&S designed and fabricated the radius corner panels for Building 1246 with defects, i.e., specifically the radius corner panels were not designed and fabricated to withstand wind loads. As a result, in or about January 2005 and again in March 2005, less than one year from the final acceptance of the Buildings, one of the radius corner panels, which constitute an integral structural part of Building 1246, was displaced and became detached from the building. Both A&S and Atlas failed and neglected to correct the deficiency in A&S's work despite the fact that Lumus notified A&S as well as Atlas more than once of the deficiency. The Navy was not willing to let the problem with the radius corner panel remain in disrepair while the responsible parties took their time to investigate. Lumus therefore was forced to undertake corrective work through its own forces. Lumus completed the repair in May, 2005, utilizing what it understood to be the least expensive means and method available. As a result of A&S's failure to design and fabricate the radius corner panels without defects and as a result of A&S's

failure to honor post-warranty obligations, Lumus suffered actual damages in the amount of $16,575.01, which represent the labor and material costs of the corrective work expended by Lumus.

Atlas also abandoned its remaining work on Building 119 and Lumus was forced to complete Atlas' unfinished contract work. In addition, Atlas failed to pay A&S for the materials A&S fabricated and supplied for Atlas' Building 119 work. Notwithstanding Lumus' written demands to Atlas to make payment of the outstanding balance, Atlas refused. As a consequence, A&S, through legal counsel, filed a bond claim in the sum of $60,547.67 against Lumus' payment bond and threatened to commence a Miller Act action in federal court if the claim was not paid. Lumus had already paid Atlas for the materials that A&S furnished for the Building 119 project, but because Atlas was no longer conducting business, Lumus and its surety were liable under the Miller Act to pay A&S for the same materials a second time. On October 5, 2006, Lumus, through its counsel, forwarded its check in the amount of $43,972.66 made payable to A&S. The amount of the check was calculated by subtracting Lumus' cost to repair the defective radius panel at the Building 1246 Project ($16,575.01) from A&S' bond claim arising out of the Building 119 Project ($60,547.67). A&S thereafter commenced the instant Miller Act action for the balance of $16,575.01. A&S claims it is not responsible for the deficiency in the Building 1246 radius corner panel it designed and fabricated, but has refused to furnish Lumus with any information to support its position.

<u>Legal Issues</u>

The principal legal issue is this action is whether Lumus may treat the cost of its repairs to the defective radius panel at Building 1246 as a set-off to the A&S' bond claim arising out of the Building 119 Project.

LUMUS CONSTRUCTION, INC. and
INTERNATIONAL FIDELITY INSURANCE
COMPANY
By its attorneys,

/s/ Lewis R. Lear
Lewis R. Lear, #7978
Robert D. City, #2520
City, Hayes & Dissette, P.C.
50 Congress Street
Boston, MA 02109
(617) 523-3050

Dated: August 24, 2006

**CERTIFICATE OF SERVICE**

I, Lewis R. Lear, hereby certify that I electronically filed the foregoing F.R.C.P. 16 Statement of Defendants Lumus Construction, Inc. and International Fidelity Insurance Company with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to Brian LaPlante, Esquire, LaPlante & Sowa, Ltd., 67 Cedar Street, Suite 102, Providence, RI 02903 and Roger N. LeBoeuf, Esquire, Heald & Leboeuf, Ltd., 606 Old Colony House, 58 Weybosset Street, Providence, RI 02903-2817 this 24th day of August, 2006.

/s/ Lewis R. Lear
Lewis R. Lear

S:\LRL\Lumus Construction, Inc\A&S Building Systems\Pleadings\Rule 16 Statement 8 23 06.doc