**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA, TO THE USE OF A&S BUILDING SYSTEMS, L.P.,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 06-251** |
| **v.** | ) | |
| **LUMUS CONSTRUCTION, INC., INTERNATIONAL FIDELITY INSURANCE COMPANY, and ATLAS STEEL STRUCTURES, LLC,** | ) | |
| **Defendants.** | ) | |

**PLAINTIFF/COUNTERCLAIM DEFENDANT A&S BUILDING SYSTEMS, L.P.'S RULE 16 STATEMENT OF FACTS AND LEGAL ISSUES**

Summary of Facts

Plaintiff/Counterclaim Defendant A&S Building Systems, L.P. ("A&S") is a Texas limited partnership engaged in the business of designing, fabricating and supplying metal building products. Defendant/Counterclaim Plaintiff Lumus Construction, Inc. ("Lumus") is a Massachusetts corporation engaged in the business of general contracting. Defendant International Fidelity Insurance Company ("International") is a New Jersey corporation which, at all material times hereto, did business in the State of Rhode Island as a corporate surety on bonds required by law or contract of the United States of America and its various agencies. Defendant Atlas Steel Structures, LLC ("Atlas") is a Georgia limited liability company that, at all material times hereto, was engaged in the business of supply and erection of modular steel buildings.

In or about 2003, Lumus was awarded a contract with the United States of America for the construction of certain improvements at the United States Naval Undersea Warfare Center in Newport, Rhode Island (the "Project"). This contract, known and designated as the High Bay Project, Government Contract N62472-02-D-0046-0013, was for a sum in excess of One Hundred Thousand and 00/100 Dollars ($100,000).

In accordance with 40 U.S.C. § 270a and the terms of that contract, Defendant Lumus, as principal, and Defendant International, as surety, provided, executed, and delivered, with the execution of the contract, a payment bond dated on or about October 6, 2003, to the United States of America, in the sum of Six Hundred Sixty Thousand and 00/100 Dollars ($660,000) for the use of all persons supplying labor and/or materials in the prosecution of the work provided for in the contract.

In or about September 2003, Atlas entered into a written subcontract with Lumus, the terms of which contract required Atlas, as a first tier subcontractor to Lumus, to supply and erect a metal building for the Project. In or about November 2003, Atlas, as first tier subcontractor to Lumus, entered into a written subcontract with A&S, as a second tier subcontractor, the terms of which contract required A&S to furnish materials to Atlas and/or Lumus for the Project.

From in or about December 2004 through February 2005, A&S sold, furnished, and delivered materials to Atlas and/or Lumus for the Project. A&S invoiced Atlas in the amount of no less than Eighty Seven Thousand Three Hundred Eighty Seven and 95/100 Dollars ($87,387.95), of which Twenty Six Thousand Eight Hundred Forty and 28/100 Dollars ($26,840.28) was paid. Within ninety (90) days from the last day on which A&S

supplied the last of the materials for which claim is made, A&S gave written notice to Lumus, International, and Atlas that it was claiming the balance of Sixty Thousand Five Hundred Forty Seven and 67/100 Dollars ($60,547.67) against the aforementioned payment bond, which notice was in all respects compliant with the requirements of 40 U.S.C. § 270b(a).

On or about October 5, 2005, A&S received a partial payment of Forty Three Thousand Nine Hundred Seventy Two and 66/100 Dollars ($43,972.66), leaving a balance due of Sixteen Thousand Five Hundred Seventy Five and 01/100 Dollars ($16,575.01), exclusive of interest that had accumulated as of the date of said partial payment. As of this date, A&S has not been paid in full for materials delivered to the Project and which benefited the Project, Atlas, and Lumus.

Lumus has wrongfully advised International that it disputes A&S's bond claim. Lumus contends that A&S designed and fabricated certain panels for the Project in a deficient manner, despite A&S's position that there is no legal and/or factual basis for disputing the amount due and owing to A&S. Proper installation of said panels was not an obligation of A&S under its subcontract. At all material times hereto, A&S performed and complied with each and all of the terms, conditions, and obligations of its subcontract.

## Legal Issue

The principal legal issue in this action is whether Lumus may dispute the amount due and owing to A&S even though A&S performed and complied with each and all of the terms, conditions, and obligations of its subcontract in its design and fabrication of materials for the Project.

Defendant/Counterclaim Plaintiff,
A&S Building Systems, L.P.,
By Its Attorneys,

Brian LaPlante, Esq./#5861
Christopher D. DiSano, Esq./#6788
Philip J. Laffey, Esq./#7292
LaPlante & Sowa, Ltd.
67 Cedar Street, Suite 102
Providence, RI 02903
TEL: 401-273-0200
FAX: 401-273-0250

**CERTIFICATION**

Roger N. LeBoeuf, Esquire
Heald & LeBoeuf, Ltd.
606 Old Colony House
58 Weybosset Street
Providence, RI 02903

I hereby certify that on this 7th day of September 2006, I caused a true and accurate copy of the within document to be sent via first class mail, postage prepaid, to the above-referenced attorney.

Kelly J. Dawlin