**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA, TO THE USE OF A&S BUILDING SYSTEMS, L.P.,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 06-251** |
| v. | ) | |
| **LUMUS CONSTRUCTION, INC., INTERNATIONAL FIDELITY INSURANCE COMPANY, and ATLAS STEEL STRUCTURES, LLC,** | ) | |
| **Defendants.** | ) | |

## STIPULATION OF DISMISSAL

All claims of Plaintiff A&S Building Systems, L.P. ("A&S") against Defendant Lumus Construction, Inc. ("Lumus") in the above-captioned matter are dismissed, with prejudice.

Plaintiff,
A&S Building Systems, L.P.,
By its Attorneys,

/s/ Brian LaPlante
Brian LaPlante, Esq./#5861
Philip J. Laffey, Esq./#7292
LaPlante Sowa Goldman
67 Cedar Street
Providence, RI 02903
TEL: (401) 273-0200
FAX: (401) 273-0250

Defendant,
Lumus Construction, Inc.
By its Attorneys,

/s/ Roger N. LeBoeuf
Roger N. LeBoeuf, Esq./#5208
Heald & LeBoeuf, Ltd.
606 Old Colony House
58 Weybosset Street
Providence, RI 02903
TEL: (401) 421-1500
FAX: (401) 331-5886

**CERTIFICATION**

Lewis R. Lear, Esquire
City, Hayes & Dissette, P.C.
50 Congress Street
Boston, MA 02109-4002

I hereby certify that on this 19th day of March 2007, I caused a true and accurate copy of the within document to be sent via electronic means through the CM/EFC system of the United States District Court to the above-listed attorney.

/s/ Brian LaPlante