**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA, TO THE USE OF A&S BUILDING SYSTEMS, L.P.,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 06-251** |
| v. | ) | |
| **LUMUS CONSTRUCTION, INC., INTERNATIONAL FIDELITY INSURANCE COMPANY, and ATLAS STEEL STRUCTURES, LLC,** | ) | |
| **Defendants.** | ) | |

## WITHDRAWAL OF APPEARANCE

Now comes Christopher D. DiSano, Esquire, formerly of LaPlante & Sowa, Ltd., 67 Cedar Street, Suite 102, Providence, Rhode Island 02903, and hereby withdraws his appearance as counsel for Plaintiff United States of America, to the use of A&S Building Systems, L.P. ("Plaintiff") in the above-entitled Action due to his relocation out of state.

Attorneys Brian LaPlante and Philip J. Laffey of LaPlante Sowa Goldman, 67 Cedar Street, Providence, Rhode Island 02903 and any other attorney in this Action who has entered their appearance on behalf of Plaintiff, shall remain as counsel for Plaintiff.

Plaintiff,
A&S Building Systems, L.P.,
By its Attorneys,

/s/ Christopher D. DiSano
Brian LaPlante, Esq./#5861
Christopher D. DiSano, Esq./#6788
Philip J. Laffey, Esq./#7292
LaPlante Sowa Goldman
67 Cedar Street
Providence, RI 02903
TEL: (401) 273-0200
FAX: (401) 273-0250

**CERTIFICATION**

Roger N. LeBoeuf, Esquire
Heald & LeBoeuf, Ltd.
606 Old Colony House
58 Weybosset Street
Providence, RI 02903

Lewis R. Lear, Esquire
City, Hayes & Dissette, P.C.
50 Congress Street
Boston, MA 02109-4002

I hereby certify that on this 21st day of March 2007, I caused a true and accurate copy of the within document to be sent via electronic means through the CM/EFC system of the United States District Court to the above-listed attorneys.

/s/ Christopher D. DiSano